**Ronald Satish EMRIT, Plaintiff–Appellant,**

v.

**OFFICE DEPOT, INC., Defendant–Appellee.**

No. 13–2141.

United States Court of Appeals, Fourth Circuit.

Submitted: Nov. 21, 2013.

Decided: Nov. 25, 2013.

Ronald Satish Emrit, Appellant Pro Se.

Before KING, DUNCAN, and DIAZ, Circuit Judges.

Dismissed by unpublished PER CURIAM opinion.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Ronald Satish Emrit seeks to appeal the district court order requiring Emrit to particularize his employment discrimina-

both in his initial appeal and the instant appeal, the judgment in favor of Moreno is properly before us at this juncture.

tion complaint by providing a copy of a right to sue letter. This court may exercise jurisdiction only over final orders, 28 U.S.C. § 1291 (2006), and certain interlocutory and collateral orders, 28 U.S.C. § 1292 (2006); Fed.R.Civ.P. 54(b); *Cohen v. Beneficial Indus. Loan Corp.*, 337 U.S. 541, 545–46, 69 S.Ct. 1221, 93 L.Ed. 1528 (1949). The order Emrit seeks to appeal is neither a final order nor an appealable interlocutory or collateral order. Accordingly, we dismiss the appeal for lack of jurisdiction. We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

*DISMISSED.*